Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA WATERS,<br><br>        Plaintiff,<br><br>   v.<br><br>TETRAPHASE PHARMACEUTICALS, INC., LARRY EDWARDS, L. PATRICK GAGE, GAREN BOHLIN, STEVEN BOYD, JEFFREY A. CHODAKEWITZ, JOHN G. FREUND, GERRI HENWOOD, GUY MACDONALD, KEITH MAHER, and NANCY J. WYSENSKI,<br><br>        Defendants. | Case No: 1:20-cv-01896-MKB-RLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joshua Waters hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: July 21, 2020                                    Respectfully submitted,

                                                        **HALPER SADEH LLP**

                                                        By: /s/ Daniel Sadeh
                                                        Daniel Sadeh, Esq.
                                                        375 Park Avenue, Suite 2607
                                                        New York, NY 10152
                                                        Telephone: (212) 763-0060

Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on July 21, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: July 21, 2020　　　　　　　　　　　　　　　　/s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh